FILED

2020 JAN 30 PM 12: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Gor Plavchyon

DEFENDANT(S).

CASE NUMBER

20-CR-00314-MMA-4
20-MJ-00411

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: Indictment
in the Southern District of California on 1/24/2020
at 4:30 ☐ a.m. /☑ p.m. The offense was allegedly committed on or about 1/1/17
in violation of Title 18 U.S.C., Section(s) 1029, 982
to wit: Conspiracy to possess 15 or more Unauthorized Access Devices

A warrant for defendant's arrest was issued by: Southern District

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on 1/30/2020, by

_____ Deputy Clerk.

_____         _____
Signature of Agent                Print Name of Agent
                                  Brandon Marshall-Todd

USSS                              Special Agent
Agency                            Title

---

CR-52 (05/98)            AFFIDAVIT RE OUT-OF-DISTRICT WARRANT